**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

                                                    11 CR. 12 (RMB)
    -against-

                                                      **ORDER**

SEAN DUNN,
                  Defendant.
------------------------------------------------------------X

       The Court will hold a telephone status conference on Thursday, July 2, 2020 at 11:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1219

Dated: June 18, 2020
       New York, NY

                                                           *Richard M. Berman*
                                          _____
                                                RICHARD M. BERMAN
                                                      U.S.D.J.